UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COPY

MAUREEN L. ALLARD, Mother and Beneficiary of the Estate of BRIAN K. QUARANTA,

Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, d/b/a MBTA COMMUTER RAIL, DONALD HUGGAN, PATRICK MALONEY and BRAD WHITE,

Defendants.

CIVIL ACTION NO. 04-333 ML

Granted. Mary M. Lisi USDJ 9/6/05

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

NOW COME the parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of Rule 16(e) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to amend and modify the pretrial deadlines set forth in its Pretrial Order, dated November 2, 2004, as amended by Order, dated February 25, 2005 (hereinafter referred to as "Pretrial Order"), by extending the time within which the parties may conduct discovery by ninety (90) days up through and including December 30, 2005.

In support of this motion, the parties state the following reasons:

1. Plaintiff, Maureen L. Allard, as mother and beneficiary of the Estate of Brian K. Quaranta, seeks damages against Amtrak, MBTA and three (3) MBTA employees, Donald Huggan, Patrick Maloney and Brad White, alleging wrongful death as a result of the decedent being struck by a commuter rail train in Providence, Rhode Island on

April 6, 2002. Plaintiff alleges, in pertinent part, negligence in the operation of the train, and the maintenance and repair of the right-of-way. Plaintiff seeks damages against Defendants under the Rhode Island Wrongful Death Act, § 10-7-1, *et seq*.

2. Plaintiff filed her Complaint originally with the Clerk of the Superior Court for Providence County on July 9, 2004. Amtrak and MBTA were served with process by certified mail pursuant to Superior Court Rule 4(f)(2) on or about July 12, 2004, and thereafter Defendants, relying upon the existence of diversity jurisdiction, removed the action to federal court on August 4, 2004. The parties appeared before this Honorable Court for an initial pretrial conference on November 1, 2004.

3. Pursuant to the Pretrial Order, as amended in February of this year, discovery closes on September 28, 2005. The parties agreed to make expert witness disclosures by July 22, 2005 (plaintiff), and August 19, 2005 (defendants), and all dispositive motions will be filed by October 14, 2005. The parties must also file pretrial lists and memoranda by October 31, 2005.

4. The parties have already participated in mediation before Mr. William A. Poore, Esquire, and represent that they have continued to cooperate in discovery. The parties have each served and answered written discovery pursuant to Rules 33 and 34, and there have been ten depositions taken to date. Three depositions are pending.

5. As further grounds, the undersigned counsel for plaintiff seeks permission to be excused from attendance in the United States District Court for the District of Rhode Island from September 12, 2005 through September 30, 2005 because he will be on vacation with his family and out of the country for this period.

6. The parties therefore propose the following amendments to the Pretrial Order:

**"Discovery will close on December 30, 2005. The parties shall make expert witness disclosures by September 30, 2005 (plaintiff), and October 31, 2005 (defendants), and all dispositive motions shall be filed by January 16, 2006. The parties shall file pretrial lists and memoranda thirty (30) days after a decision on any dispositive motion, and if no such motion is filed, by January 31, 2006."**

7. Although the proposed modification will delay the final disposition of the case by at an additional four (4) months, the parties believe that the additional time is necessary to complete discovery and otherwise prepare for trial.

8. As stated above, defendants had previously sought to amend the terms of the initial scheduling order in February of 2005.

WHEREFORE, the parties hereto request that this Honorable Court amend and modify the pretrial deadlines set forth in its Pretrial Order, dated November 2, 2004, as amended, by extending the various pretrial deadlines as requested herein.

Dated: August 22, 2005

Respectfully submitted,
MAUREEN ALLARD, Mother and
Beneficiary of the Estate of
BRIAN K. QUARANTA
By her attorneys,
HIGGINS & SLATTERY

John A. Baglini (mag)

John A. Baglini
(R.I. Bar No. 1578)
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903
Tel. (401) 751-3600
Fax (401) 751-4648

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

By their attorneys,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II
(RI Bar No. 4146)
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-0101

- and -

Andrew B. Saunders, *pro hac vice*
Saunders & Michaud, L.L.P.
700 Pleasant Street
New Bedford, MA 02740
Tel. (508) 999-0600
Fax (508) 999-5400