UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

MAUREEN L. ALLARD, Mother and Beneficiary of the Estate of BRIAN K. QUARANTA,

Plaintiff,

vs. CIVIL ACTION NO. 04-333 ML

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, d/b/a MBTA COMMUTER RAIL, DONALD HUGGAN, PATRICK MALONEY and BRAD WHITE,

Defendants.

Granted. Mary M. Lisi USDJ 1/27/06

**JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**

NOW COME the parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of Rule 16(e) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to amend and modify the pretrial deadlines set forth in its Pretrial Order, dated November 2, 2004, as amended by Order, dated February 25, 2005, and Order, dated on or about August 22, 2005 (hereinafter referred to collectively as "Pretrial Order"), by extending the time within which the parties may submit pretrial memoranda by ninety (90) days up through and including April 28, 2006.

In support of this motion, the parties state the following reasons:

1. Plaintiff, Maureen L. Allard, as mother and beneficiary of the Estate of Brian K. Quaranta, seeks damages against Amtrak, MBTA and three (3) MBTA employees, Donald Huggan, Patrick Maloney and Brad White, alleging wrongful death as a

result of the decedent being struck by a commuter rail train in Providence, Rhode Island on April 6, 2002. Plaintiff alleges, in pertinent part, negligence in the operation of the train, and the maintenance and repair of the right-of-way. Plaintiff seeks damages against Defendants under the Rhode Island Wrongful Death Act, § 10-7-1, *et seq.*

2. Plaintiff filed her Complaint originally with the Clerk of the Superior Court for Providence County on July 9, 2004. Amtrak and MBTA were served with process by certified mail pursuant to Superior Court Rule 4(f)(2) on or about July 12, 2004, and thereafter Defendants, relying upon the existence of diversity jurisdiction, removed the action to federal court on August 4, 2004. The parties appeared before this Honorable Court for an initial pretrial conference on November 1, 2004.

3. Pursuant to the Pretrial Order, discovery closed on December 30, 2005. The parties must file their pretrial lists and memoranda by January 31, 2006.

4. Now that discovery is complete, the parties would like to submit this matter to mediation again. The parties had previously participated in mediation before Mr. William A. Poore, Esquire on December 10, 2004. The parties would like to re-visit the matter before another mediator, Mr. Anthony F. DeMarco, Esquire. Mr. DeMarco has agreed to hear the case.

5. The parties therefore propose the following amendments to the Pretrial Order:

> **"The parties are referred to mediation before Mr. Anthony F. DeMarco, Esquire. In the event that the matter is not resolved through mediation, then the parties shall file their pretrial lists and memoranda by April 28, 2006.**".

WHEREFORE, the parties hereto request that this Honorable Court amend and modify the pretrial deadlines set forth in its Pretrial Order, dated November 2, 2004, as amended, by extending the final pretrial deadline as requested herein.

Dated: January 25, 2006

Respectfully submitted,

MAUREEN ALLARD, Mother and
Beneficiary of the Estate of
BRIAN K. QUARANTA
By her attorneys,
HIGGINS & SLATTERY

John A. Baglini (nap)

John A. Baglini (R.I. Bar No. 1578)
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903
Tel. (401) 751-3600; Fax (401) 751-4648

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK and
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

By their attorneys,
SAUNDERS & SAUNDERS, LLP

Norman A. Peloquin, II (RI Bar No. 4146)
Of Counsel
Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100; Fax (401) 635-9125

- and -

Andrew B. Saunders, *pro hac vice*
Saunders & Michaud, L.L.P.
700 Pleasant Street
New Bedford, MA 02740
Tel. (508) 999-0600; Fax (508) 999-5400