UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. ALLARD, Mother and Beneficiary of the Estate of BRIAN K. QUARANTA | : | |
| vs. | : | C.A.NO.:04-333 ML |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, d/b/a MBTA COMMUTER RAIL, DONALD HUGGAN, PATRICK MALONEY, and BRAD WHITE | : | |

**STIPULATION**

The above civil action is dismissed with prejudice, no interest or costs.

Maureen L. Allard, Mother and
Beneficiary of the Estate of
Brian K. Quaranta,
By Her Attorney,

/s/John A. Baglini
John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

Defendant, National Railroad
Passenger Corporation d/b/a
AMTRAK, By Its Attorney,

/s/Andrew B. Saunders
Andrew B. Saunders, #
Saunders & Michaud
700 Pleasant Street
New Bedford, MA 02740
508-999-0600

Dated: December 21, 2006